McKAY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by George McKay against the state of New York. PER CURIAM. Judgment recovered as contrary to facts stipulated on the trial, and new trial granted, with costs. PARKER, P. J., not voting.

McLEAN v. GRIOT et al. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by James McLean against George Griot and another. No opinion. Motion denied on conditions stated in order. Order filed.

McPHILLIPS, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Alice McPhillips, as administratrix, etc., against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MAGUIRE et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by James Maguire and another against the city of New York. No opinion. Reargument ordered, and case set down for Tuesday, January 22, 1907.

MAHON, Appellant, v. CONTINENTAL INS. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Thomas F. Mahon against the Continental Insurance Company and another. No opinion. Judgment and order affirmed, with costs.

MALLORY, Appellant, v. BROOKLYN UNION GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Mary E. Mallory against the Brooklyn Union Gas Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

MANGAN, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Annie Mangan, as administratrix, against the Manhattan Railway Company. W. B. Dobbs, for appellant. J. O. Nicholls, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MANZELLA, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Calogero Manzella, as, etc., against the Rochester Railway Company. PER CURIAM. Order affirmed, with costs, on authority of opinion in same case on former appeal, reported 105 App. Div. 12, 93 N. Y. Supp. 457. McLENNAN, P. J., and NASH, J., dissent.

In re MARZ. (Supreme Court, Appellate Division, First Department. November 16, 1906.) In the matter of Joseph Marz, an attorney. No opinion. Motion granted, and respondent disbarred. Order filed.

MATHESIUS, Appellant, v. McPARTLAND, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Alexander H. Mathesius against Michael McPartland. No opinion. Judgment of the Municipal Court affirmed, with costs.

MATTISON v. CRAWFORD. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Florence M. Mattison against Frank Crawford. No opinion. Judgment and order affirmed, with costs.

MAYNICKE v. CENTRAL REALTY BOND & TRUST CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Robert Maynicke against the Central Realty Bond & Trust Company. PER CURIAM. Judgment and order affirmed, with costs, on opinion of previous appeal. 93 N. Y. Supp. 702. PATTERSON and LAUGHLIN, JJ., dissent.

MEIROWITZ et al., Respondents, v. HOME INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Oscar Meirowitz and another against the Home Insurance Company of New York. D. W. Richards, for appellant. W. M. Rosebault, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MERCHANTS' EXCH. NAT. BANK v. ABUKALIL. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by the Merchants' Exchange National Bank against Margaretta F. J. Abukalil. No opinion. Motion granted, unless conditions stated in order be complied with. Order filed.

MILES, Respondent, v. LIVERPOOL, LONDON & GLOBE INS. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Andrew B. Miles against the Liverpool, London & Globe Insurance Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held, that the verdict is contrary to the evidence. WILLIAMS, J., not voting.

MILLER v. LORGE. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Charles W. Miller against Julius B. Lorge. No opinion. Application denied, with $10 costs. Order signed.

MILLER, Respondent, v. ROCHESTER FERTILIZER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by William B. Mil-